**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Samuel J. Steiner

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>ADAM GREENHALGH<br><br>DEBTOR. | **CHAPTER 7 BANKRUPTCY**<br><br>**NO.: 08-18371-SJS** |
| BANKRUPTCY ESTATE OF ADAM GREENHALGH, BY AND THROUGH EDMUND J. WOOD, BANKRUPTCY TRUSTEE,<br><br>PLAINTIFF,<br><br>V.<br><br>BANK OF NEW YORK MELLON, N.A., f/k/a Bank of New York, as trustee for the certificate holders CWAT, Inc., Alternative Loan Trust 2006-0C1 Mortgage Pass Through Certificates, Series 0C1; BAC HOME LOAN SERVICING, f/k/a Countrywide Home Loan Servicing LP,; VIKING BANK, N.A.; WELLS FARGO BANK, N.A.; GEORGE GRANT ROANE IV, and JANE DOE ROANE, husband and wife; BARBARA PEARSON and JOHN DOE PEARSON, wife and husband; and ADAM GREENHALGH,<br><br>Defendants. | **ADVERSARY PROCEEDING**<br><br>No. 10-01068<br><br>**ANSWER TO AMENDED COMPLAINT BY DEFENDANTS THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC1, THROUGH ITS SERVICING AGENT BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP** |

Defendants, The Bank of New York Mellon, fka The Bank of New York, as trustee for the certificateholders CWALT, Inc., alternative loan trust 2006-OC1 Mortgage pass-through

Answer to Amended Complaint
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

certificates, series 2006-OC1, and BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP (collectively, "Defendants"), for answer to Plaintiff's Amended Complaint, admit, deny and allege as follows:

1. Defendants admit the allegations in paragraph 1 of Plaintiff's Amended Complaint.

2. Defendants admit the allegations in paragraph 2 of Plaintiff's Amended Complaint.

3. Defendants admit the allegations in paragraph 3 of Plaintiff's Amended Complaint.

4. Defendants admit the allegations in paragraph 4 of Plaintiff's Amended Complaint.

5. Defendants admit the allegations in paragraph 5 of Plaintiff's Amended Complaint.

6. Defendants admit the allegations in paragraph 6 of Plaintiff's Amended Complaint, except that Defendants assert that Defendant Bank of New York Mellon f/k/a Bank of New York is the successor in interest as beneficiary of the Promissory Note executed by the Debtor on or about October 24, 2005, and the Deed of Trust executed by Debtor on orabout October 24, 2005 and recorded in King County, Washington under Recording No. 20051028003310 on October 24, 2005.

7. Defendants admit the allegations in paragraph 8 of Plaintiff's Amended Complaint.

8. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint, and on that basis deny the same.

9. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint, and on that basis deny the same.

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

10. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint, and on that basis deny the same.

11. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint, and on that basis deny the same.

12. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint, and on that basis deny the same.

13. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint, and on that basis deny the same.

WHEREFORE, having fully answered Plaintiff's Amended Complaint, Defendants request relief as follows:

A. That Plaintiff's Amended Complaint be dismissed in its entirety;

B. That Plaintiff take nothing thereby;

C. That Defendants' lien be determined to be valid, perfected and in first priority as to the Proceeds of the sale of the property subject to Defendants' security interest;

D. For costs and fees, including a reasonable attorney's fee, as may be provided for by contract, statute, or recognized ground of equity;

E. For such other and further relief as the Court may deem just and equitable.

DATED this 20th day of April, 2010.

**ROUTH CRABTREE OLSEN, P.S.**

By: /s/ Mark Moburg
Mark Moburg, WSBA# 19463
Attorneys for The Bank of New York Mellon, fka The Bank of New York, as trustee for the certificateholders CWALT, Inc., alternative loan trust 2006-OC1 Mortgage pass-through certificates, series 2006-OC1, through its servicing agent BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Samuel J. Steiner

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>ADAM GREENHALGH<br><br>DEBTOR. | **CHAPTER 7 BANKRUPTCY**<br><br>**NO.: 08-18371-SJS**<br><br>**CERTIFICATE OF MAILING** |

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury of the laws of the State of Washington that I mailed a true and correct copy of the Answer to Amended by Defendants The Bank of New York Mellon, fka The Bank of New York, as trustee for the certificateholders CWALT, Inc., alternative loan trust 2006-OC1 Mortgage pass-through certificates, series 2006-OC1, through its servicing agent BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP, postage pre-paid, regular first class mail or via Electronic Message through Electronic Case Filing (noted below) on the __20th__ day of April, 2010, to the parties listed on the attached exhibit.

DATED this 20th day of April, 2010.

By: ___/s/ Shawna Hall_____
Legal Assistant

Certificate of Mailing
Page 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Rory Livesey
Attorney for Trustee
600 Stewart Street, Suite 1908
Seattle, WA 98101-2656

Certificate of Mailing
Page 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131