```
SAMUEL J. STEINER
Bankruptcy Judge
U.S. Courthouse
700 Stewart Street
Seattle, WA  98101
(206) 370-5300
```

IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re | )<br>) NO.08-18371 |
|     ADAM GREENHALGH, | )<br>) |
|                     Debtors, | ) ADVERSARY NO.  A10-01068 |
| BANKRUPTCY ESTATE OF ADAM<br>GREENHALGH, by and through<br>Edmund J. Wood, Bankruptcy<br>Trustee, | )<br>)<br>)<br>) |
|                     Plaintiff,<br>      vs. | )<br>)<br>) |
| BANK OF NEW YORK MELLON, N.A.,<br>fka Bank of New York, as<br>trustee for the certificate<br>holders, CWAT, Inc.,Alternative<br>Loan Trust 2006-0C1 Mortgage<br>Pass Through Certificates,<br>Series 2006-0C1; BAC HOME LOAN<br>SERVICING LP, fka Countrywide<br>Home Loan Servicing LP; VIKING<br>BANK, N.A.; WELLS FARGO BANK,<br>N.A., KEY BANK,N.A.; GEORGE<br>GRANT ROANE IV and JANE DOE<br>ROANE, husband and wife;<br>BARBARA PEARSON and JOHN DOE<br>PEARSON, wife and husband; and<br>ADAM GREENHALGH, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|                     Defendants, | ) ORDER ON<br>) PRETRIAL CONFERENCE |

As a result of a pretrial conference held on June 11, 2010, before the undersigned Bankruptcy Judge of the above entitled Court, it is hereby

ORDERED as follows:

1. Any objections to proposed exhibits are to be served and filed at least ten days prior to trial. If no such objections are

timely filed, all offered exhibits will be admitted. Briefs are to be served and filed five days prior to the date of trial.

2. The trial in this cause will commence on **September 16, 2010,** at the hour of 9:30 o'clock A.M., U.S. Courthouse, Room 8206, 700 Stewart Street, Seattle, Washington.

*[signature]*
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

ORDER ON
PRETRIAL CONFERENCE