**Below is the Order of the Court.**

_____

**Marc L. Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

JUDGE MARC BARRECA
Bankruptcy Court
United States Courthouse
700 Stewart St., #7121
Seattle, WA 98101
206-370-5310

IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | Case No. 08-18371-MLB |
| Adam Greenhalg, | Chapter 7 |
| Debtor. | |
| Edmund J. Wood, Trustee, | |
| Plaintiff, | Adversary No. 10-01068-MLB |
| v. | |
| Bank of New York Mellon N.A., *et al.*, | ORDER OF DISMISSAL |
| Defendant. | |

This matter came before the Court *sua sponte*. The Court issued a letter to counsel on September 2, 2011, inquiring regarding the lack of substantive docket activity. The Court

ORDER

1 | received two letters in response, both from Plaintiff, indicating that the above-captioned
2 | adversary proceeding should be dismissed..   The Court having found good cause, it is hereby
3 | ORDERED that this adversary proceeding is DISMISSED.
4 |
5 | /// END OF ORDER ///
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |